IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID PAUL RUFF,

     Plaintiff,                         No. CIV S-10-2789 CMK (TEMP) P

    vs.

D. VANLEER, et al.,

     Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed March 21, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On April 18, 2011, plaintiff submitted the USM-285 forms but failed to file the copies of the complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on October 14, 2010; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the four copies of the complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: May 4, 2011

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

/md
ruff2789.8f