1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID P. RUFF,

11          Plaintiff,                    No. 2:10-cv-2789 KJM CKD P

12      vs.

13   D. VANLEER, et al.,

14          Defendants.               ORDER

15   _____/

16          On July 13, 2012, the court issued notice to plaintiff pursuant to the Ninth

17   Circuit's recent decision in <u>Woods v. Carey</u>, No. 09-15548 (9th Cir. July 6, 2012), and granted

18   plaintiff 21 days to file additional evidentiary materials regarding defendants' motion to exhaust

19   administrative remedies.  (Dkt. No. 36.)

20          On July 20, 2012, defendants issued their own version of <u>Woods</u> notice to

21   plaintiff and requested a supplemental briefing schedule.  (Dkt. No. 37.)  In light of the court's

22   earlier order allowing plaintiff to file supplemental <u>Woods</u> materials, and because defendants

23   have had the opportunity to fully brief their motion to dismiss, the court will deny defendants'

24   motion.  Defendants may of course file objections to any amended findings and

25   recommendations, should such be issued.

26   ////

1

1          Accordingly, IT IS HEREBY ORDERED THAT defendants' July 20, 2012

2   request for supplemental briefing (Dkt. No 37) is denied.

3    Dated: August 6, 2012

4    _____
     CAROLYN K. DELANEY
5    UNITED STATES MAGISTRATE JUDGE

6

7
     2
8    ruff2789.not2

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26