IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID P. RUFF,

     Plaintiff,                   No. 2:10-cv-2789 KJM CKD P

   vs.

D. VANLEER, et al.,

     Defendants.          <u>ORDER</u>

_____/

         On July 13, 2012, the court issued notice to plaintiff pursuant to the Ninth Circuit's recent decision in <u>Woods v. Carey</u>, No. 09-15548 (9th Cir. July 6, 2012), and granted plaintiff 21 days to file additional evidentiary materials regarding defendants' motion to exhaust administrative remedies. (Dkt. No. 36.)

         On July 20, 2012, defendants issued their own version of <u>Woods</u> notice to plaintiff and requested a supplemental briefing schedule. (Dkt. No. 37.) In light of the court's earlier order allowing plaintiff to file supplemental <u>Woods</u> materials, and because defendants have had the opportunity to fully brief their motion to dismiss, the court will deny defendants' motion. Defendants may of course file objections to any amended findings and recommendations, should such be issued.

////

1

1 | Accordingly, IT IS HEREBY ORDERED THAT defendants' July 20, 2012
2 | request for supplemental briefing (Dkt. No 37) is denied.
3 | Dated: August 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
ruff2789.not2